**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DAVID SMART,**<br>**Plaintiff,**<br>**v.**<br>**MAIN LINE HEALTH and META PLATFORMS, INC.,**<br>**Defendants.** | **Case No. 2:22-cv-05239-KNS** |

**DEFENDANT MAIN LINE HEALTH, INC.'S
MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**

Pursuant to Rule 8(a)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Main Line Health, Inc. ("Main Line Health") respectfully moves this Court to dismiss Plaintiff's Amended Class Action Complaint as it relates to Main Line Health, because Plaintiff fails to state a claim upon which relief can be granted. The facts and arguments supporting this Motion are set forth in the accompanying Memorandum.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to E.D. Pa. Civ. R. 7.1(f), Main Line Health respectfully requests oral argument on this motion to dismiss, should the Court not be inclined to grant the motion without such.

Dated: April 10, 2023

Respectfully submitted,

**BAKER & HOSTETLER LLP**

*/s/ Edward J. McAndrew*
Edward J. McAndrew
PA Bar No. 77103
BAKER & HOSTETLER
1735 Market Street
Suite 3300
Philadelphia, PA 19103
emcandrew@bakerlaw.com
T: (215) 564-8386
F: (215) 568-3435

Paul G. Karlsgodt (*PHV* forthcoming)
BAKER & HOSTETLER LLP
1801 California Street
Suite 4400
Denver, CO 80202-2662
T: (303) 764-4013
F: (303) 861-7805
Email: pkarlsgodt@bakerlaw.com

Elizabeth A. Scully (admitted *PHV*)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
Tel: (202) 861-1500
Fax: (202) 861-1783
Email: escully@bakerlaw.com

*Attorneys for Defendant Main Line Health, Inc. d/b/a/ Main Line Health*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April 2023, I electronically filed the foregoing "Defendant Main Line Health, Inc.'s Motion to Dismiss Plaintiff's Amended Class Action Complaint" with the Court using the CM/EFC system, which will automatically serve all attorneys of record via the Court's CM/ECF System.

*/s/ Edward J. McAndrew*

Edward J. McAndrew
PA Bar No. 77103
BAKER & HOSTETLER LLP
1735 Market Street
Suite 3300
Philadelphia, PA 19103
emcandrew@bakerlaw.com
T: (215) 564-8386
F: (215) 568-3435