**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID SMART,**<br>**Plaintiff,**<br>**v.**<br>**MAIN LINE HEALTH,**<br>**Defendant.** | : | **Case No. 22-cv-5239-KNS** |

**PLAINTIFF'S OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT**

For the reasons stated in the attached Opposition brief, Plaintiff respectfully asks this Court to enter his proposed Order denying Defendant's Motion to Dismiss the Amended Complaint [Doc. 23].

Respectfully submitted,

Dated: April 24, 2023

*/s/ David J. Cohen*

David J. Cohen
STEPHAN ZOURAS LLP
604 Spruce Street
Philadelphia, PA 19106
(215) 873-4836
dcohen@stephanzouras.com

Ryan F. Stephan (admitted pro hac vice)
James B. Zouras (admitted pro hac vice)
Teresa M. Becvar (admitted pro hac vice)
STEPHAN ZOURAS, LLP
222 W. Adams Street, Suite 2020
Chicago, IL 60606
(312) 233-1550
rstephan@stephanzouras.com
jzouras@stephanzouras.com
tbecvar@stephanzouras.com

*Plaintiff's Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused a copy of the foregoing pleading to be served upon all record counsel by electronically filing said document *via* the Court's ECF system on April 24, 2023.

*/s/ David J. Cohen*