**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DAVID SMART,**<br>**Plaintiff,**<br>**v.**<br>**MAIN LINE HEALTH,**<br>**Defendant.** | **CIVIL ACTION**<br>**NO. 22-5239** |

**ORDER**

**AND NOW,** this **3rd** day of **May, 2023**, upon consideration of Defendant Main Line Health's Motion to Dismiss Class Action Complaint (ECF No. 20), Plaintiff's Amended Complaint (ECF No. 22), and Defendant's Motion to Dismiss Plaintiff's Amended Class Action Complaint (ECF No. 23), it is hereby **ORDERED** that the motion at ECF No. 20 is **DENIED as moot**. The Court will consider only Defendant's Motion to Dismiss Plaintiff's Amended Class Action Complaint (ECF No. 23).

**BY THE COURT:**

Kai N. Scott

**HON. KAI N. SCOTT**
**United States District Court Judge**