IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID SMART, <br>     *Plaintiff,* <br><br> v. <br><br> MAIN LINE HEALTH, <br>     *Defendant.* | : <br> : <br> : <br> : CIVIL NO. 22-5239 <br> : <br> : <br> : |

### ORDER

AND NOW, this **10th** day of **June 2024**, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 23), which has been fully briefed (*see* ECF Nos. 25, 26, 28), it is **hereby ORDERED** that, for the reasons stated in the accompanying Memorandum, Defendant's Motion (ECF No. 23) is **GRANTED** and Plaintiff's Amended Complaint (ECF No. 22) is **DISMISSED WITHOUT PREJUDICE.**

Plaintiff may file a second amended complaint within **thirty (30) days** of the date of this Order. If Plaintiff fails to do so, his case will be dismissed without further notice for failure to prosecute.    .

BY THE COURT:

_____
HON. KAI N. SCOTT
**United States District Court Judge**