**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID SMART,**<br>**Plaintiff,**<br>**v.**<br><br>**MAIN LINE HEALTH,**<br>**Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Case No. 22-cv-5239-KNS** |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S**
**<u>MOTION TO DISMISS THE SECOND AMENDED COMPLAINT</u>**

For the reasons stated in the attached Memorandum, Plaintiff respectfully asks this Court to enter his proposed Order denying Defendant's Motion to Dismiss the Second Amended Complaint [Doc. 42].

Respectfully submitted,

Dated: September 6, 2024

*<u>/s/ David J. Cohen</u>*
David J. Cohen
STEPHAN ZOURAS LLC
604 Spruce Street
Philadelphia, PA 19106
(215) 873-4836
dcohen@stephanzouras.com

James B. Zouras (*pro hac vice*)
Michael Casas (*pro hac vice*)
STEPHAN ZOURAS, LLC
222 W. Adams Street, Suite 2020
Chicago, IL 60606
(312) 233-1550
jzouras@stephanzouras.com
mcasas@stephanzouras.com

*Plaintiff's Counsel*

**CERTIFICATE OF SERVICE**

The undersigned caused a copy of the foregoing pleading to be served on all record counsel by electronically filing this document *via* the Court's ECF system on September 6, 2024.

Dated: September 6, 2024 *<u>/s/ David J. Cohen</u>*