IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID SMART, | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL NO. 22-5239 |
| | : | |
| MAIN LINE HEALTH, | : | |
| *Defendant.* | : | |
| | : | |

## ORDER

**AND NOW**, this **14th** day of **April 2026**, upon consideration of the Defendant Main Line Health's Motion to Dismiss (ECF No. 42) and for reasons explained in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss (ECF No. 42) is **GRANTED IN PART** and **DENIED IN PART**. The Court **DENIES** the Motion to Dismiss with respect to Counts I and II of the Second Amended Complaint. The Court **GRANTS** the Motion to Dismiss with respect to Count III of the Second Amended Complaint.

2. Count III of the Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

3. Defendant Main Line Health shall **FILE** an Answer to the Second Amended Complaint within **21 days** after entry of this Order.

BY THE COURT:

HON. KAI N. SCOTT
United States District Court Judge