**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DAVID SMART,**<br>**Plaintiff,**<br>**v.**<br>**MAIN LINE HEALTH,**<br>**Defendant.** | **Case No. 2:22-cv-5239-KNS**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT MAIN LINE HEALTH'S ANSWER AND DEFENSES TO PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT**

Defendant, Main Line Health, by and through its undersigned counsel, answers Plaintiff's Second Amended Class Action Complaint ("Complaint") as follows:[1]

## NATURE OF THE ACTION

1. Paragraph 1 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 1 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 1.

2. Main Line Health objects to Plaintiff's characterization of its privacy policy which speaks for itself and as such no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 2.

3. Main Line Health denies the allegations of paragraph 3.

[1] Main Line Health's investigation into the factual allegations contained in the Complaint is ongoing. Accordingly, Main Line Health reserves its right to supplement its responses as additional information is discovered.

**THE PARTIES**

4. Main Line Health admits that it "is a non-profit health system with a corporate office in Radnor, Pennsylvania (Montgomery County) that consists of four acute care hospitals (Lankenau Medical Center, Bryn Mawr Hospital, Paoli Hospital, and Riddle Hospital) and Bryn Mawr Rehabilitation Hospital)." Main Line Health denies the remaining allegations in paragraph 4.

5. Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in the first four sentences of paragraph 5. Therefore, Main Line Health denies those allegations. Main Line Health denies the remaining allegations in paragraph 5.

**JURISDICTION AND VENUE**

6. The allegations in paragraph 6 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health denies the allegations in paragraph 6.

7. The allegations in paragraph 7 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health denies the allegations in paragraph 7.

8. The allegations in paragraph 8 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health denies the allegations in paragraph 8.

9. The allegations in paragraph 9 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health denies the allegations in paragraph 9.

## FACTUAL ALLEGATIONS[2]

10. Paragraph 10 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 10 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 10.

11. Paragraph 11 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 11 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 11.

12. Paragraph 12 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 12 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 12.

13. Paragraph 13 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of

[2] Main Line Health utilizes headings as they appear in the Second Amended Complaint for organizational purposes only, and their use should not be construed as admissions. To the extent that any response to such headers is required, Main Line Health denies all allegations in the headers.

the allegations contained in paragraph 13 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 13.

14. Paragraph 14 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 14 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 14.

15. Paragraph 15 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 15 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 15.

16. Paragraph 16 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 16 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 16.

17. The allegations of paragraph 17 are denied.

18. The allegations of paragraph 18 are denied.

19. This paragraph allegations regarding "Private Information" are legal conclusions to which no response is required. To the extent a response is required, the allegations of paragraph 19 are denied.

20. Paragraph 20 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 20 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 20.

21. The allegations of paragraph 21 are denied.

22. Paragraph 22 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 22 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 22.

23. Paragraph 23 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 23 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 23.

24. Paragraph 24 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 24 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 24.

25. Paragraph 25 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line

Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 25 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 25.

26. Paragraph 26 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 26 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 26.

27. Paragraph 27 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 27 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 27.

28. The allegations of paragraph 28 constitute legal conclusions to which no response is required. To the extent a response is deemed required to any factual allegations of this paragraph, denied.

29. The allegations of paragraph 29 constitute legal conclusions to which no response is required. To the extent a response is deemed required to any factual allegations of this paragraph, denied.

**Allegations Relating to "Meta's Custom Audiences Tool for Healthcare Partners"**

30. Paragraph 30 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of

the allegations contained in paragraph 30 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 30.

31. Paragraph 31 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 31 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 31.

32. Paragraph 32 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 32 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 32.

33. Paragraph 33 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, this paragraph purports to characterize a writing, which speaks for itself. Any characterization of that writing contrary to its express terms is denied.

34. Paragraph 34 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, this paragraph purports to characterize a writing, which speaks for itself. Any characterization of that writing contrary to its express terms is denied.

35. Paragraph 35 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of

the allegations contained in paragraph 35 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 35.

**Allegations That "Main Line Health's Tracking Technologies Disclosed Users' Individually-Identifiable Private Information"**

36. Main Line Health objects to Plaintiff's characterization of its website which speaks for itself and therefore no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 36.

37. Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 37. Therefore, Main Line Health denies the allegations in paragraph 37.

38. This paragraph's allegation regarding "Private Information" are legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies all allegations in paragraph 38.

39. Paragraph 39 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 39 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 39.

40. The allegations in paragraph 40 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health states that the guidance Plaintiff cites has been declared unlawful and vacated by *Am. Hosp. Ass'n v. Becerra*, No. 4:23-cv-1110, 2024 WL 3075865 (N.D. Tex. Jun. 20, 2024). Main Line Health otherwise denies all allegations in paragraph 40.

41. Paragraph 41 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 41 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 41.

42. Main Line Health denies the allegations in paragraph 42.

43. Paragraph 43 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 43 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 43.

44. Paragraph 44 of the Complaint is comprised of legal conclusions and does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 44 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 44.

45. Paragraph 45 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 45 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 45.

46. Paragraph 46 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line

Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 46 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 46.

47. The allegations in Paragraph 47 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is deemed required to the factual allegations of this paragraph, the first sentence of this paragraph purports to characterize Main Line Health's web privacy statement, which speaks for itself. Any characterization of that writing contrary to its express terms is denied. The remaining allegations of this paragraph are denied.

48. The allegations in paragraph 48 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is deemed required to the factual allegations of this paragraph, denied.

**Allegations Relating to "How HTTP Requests And Responses, Source Code, And Meta Pixels Enabled Defendant to Share Patients' Information"**

49. Paragraph 49 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 49 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 49.

50. Paragraph 50 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 50 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 50.

51. Paragraph 51 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 51 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 51.

52. Paragraph 52 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 52 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 52.

53. Paragraph 53 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 53 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 53.

54. Paragraph 54 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 54 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 54.

55. The allegations in paragraph 55 of the Complaint pertain to a hypothetical person accessing the website, therefore, there are no factual allegations for Main Line Health to admit or

deny. To the extent a response is required, Main Line Health denies the allegations in paragraph 55 of the Complaint.

56. Paragraph 56 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies all allegations in paragraph 56.

57. Paragraph 57 of the Complaint's allegations regarding "browser-based wiretap technology" and "Private Information" are legal conclusions to which no response is required. By way of further response, the allegations of this paragraph do not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 57 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 57.

58. The allegations of this paragraph regarding "Private Information" are legal conclusions to which no response is required. The remaining allegations in Paragraph 58 are denied.

59. The allegations in paragraph 59 of the Complaint pertain to a hypothetical person accessing the website, therefore, there are no factual allegations for Main Line Health to admit or deny. To the extent a response is required, Main Line Health denies the allegations in paragraph 59 of the Complaint.

60. The allegations of this paragraph regarding "interception," "contents," "communications," and "disclosure" are legal conclusions to which no response is required. Main Line Health further objects to Plaintiff's characterization of its webpage which speaks for itself,

and as such no response is required. To the extent a response is required, Main Line Health denies all allegations in Paragraph 60.

**Allegations Relating To "How the Website Disseminates Patient Information"**

61. Main Line Health objects to Plaintiff's characterization of its webpage which speaks for itself, and as such no response is required. Moreover, the allegations in paragraph 61 of the Complaint pertain to a hypothetical person accessing the website, therefore, there are no factual allegations for Main Line Health to admit or deny. To the extent a response is required, Main Line Health denies the allegations in paragraph 61 of the Complaint.

62. Main Line Health objects to Plaintiff's characterization of its webpage which speaks for itself, and as such no response is required. Moreover, the allegations in paragraph 62 of the Complaint pertain to a hypothetical person accessing the website, therefore, there are no factual allegations for Main Line Health to admit or deny. To the extent a response is required, Main Line Health denies the allegations in paragraph 62.

63. Paragraph 63 contains legal conclusions to which no response is required. Main Line Health further objects to Plaintiff's characterization of its webpage which speaks for itself, and as such no response is required. Moreover, the allegations in paragraph 63 of the Complaint pertain to a hypothetical person accessing the website, therefore, there are no factual allegations for Main Line Health to admit or deny. To the extent a response is required, Main Line Health denies the allegations in paragraph 63.

64. Main Line Health objects to Plaintiff's characterization of its webpage which speaks for itself, and as such no response is required. Moreover, the allegations in paragraph 64 of the Complaint pertain to a hypothetical person accessing the website, therefore, there are no factual

allegations for Main Line Health to admit or deny. To the extent a response is required, Main Line Health denies the allegations in paragraph 64.

65. Main Line Health objects to Plaintiff's characterization of its webpage which speaks for itself, and as such no response is required. Moreover, the allegations in paragraph 65 of the Complaint pertain to a hypothetical person accessing the website, therefore, there are no factual allegations for Main Line Health to admit or deny. To the extent a response is required, Main Line Health denies the allegations in paragraph 65.

66. Main Line Health objects to Plaintiff's characterization of its webpage which speaks for itself, and as such no response is required. Moreover, the allegations in paragraph 66 of the Complaint pertain to a hypothetical person accessing the website, therefore, there are no factual allegations for Main Line Health to admit or deny. To the extent a response is required, Main Line Health denies the allegations in paragraph 66.

67. Main Line Health objects to Plaintiff's characterization of its webpage which speaks for itself, and as such no response is required. Moreover, the allegations in paragraph 67 of the Complaint pertain to a hypothetical person accessing the website, therefore, there are no factual allegations for Main Line Health to admit or deny. To the extent a response is required, Main Line Health denies the allegations in paragraph 67.

68. The allegations in paragraph 68 of the Complaint constitute legal conclusions to which a response is not required. Moreover, allegations in paragraph 68 of the Complaint pertain to a hypothetical person accessing the website, therefore, there are no factual allegations for Main Line Health to admit or deny. To the extent a response is required, Main Line Health denies the allegations in paragraph 68.

69. The allegations in paragraph 69 of the Complaint pertain to a hypothetical person accessing the website, therefore, there are no factual allegations for Main Line Health to admit or deny. To the extent a response is required, Main Line Health denies the allegations in paragraph 69 of the Complaint.

70. The allegations in paragraph 70 of the Complaint pertain to a hypothetical person accessing the website, therefore, there are no factual allegations for Main Line Health to admit or deny. To the extent a response is required, Main Line Health denies the allegations in paragraph 70 of the Complaint.

71. Paragraph 71 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 71 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 71.

72. Paragraph 72 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 72 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 72.

73. The allegations in paragraph 73 of the Complaint are denied.

74. Paragraph 74 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of

the allegations contained in paragraph 74 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 74.

75. Paragraph 75 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 75 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 75.

76. Paragraph 76 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 76 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 76.

77. Paragraph 77 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 77 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 77.

78. Paragraph 78 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 78 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 78.

**Allegations that "Unique Personal Identifiers, Including IP Addresses, Are PHI"**

79. The allegations in Paragraph 79 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies violating HIPAA.

80. The allegations in paragraph 80 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health states that the rule cited in paragraph 80 speaks for itself, and Main Line Health otherwise denies all allegations in paragraph 80. Main Line Health specifically denies that it violated the HIPAA privacy rule or that that rule is applicable to the claims in this case.

81. The allegations in paragraph 81 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health denies all allegations in paragraph 81.

82. The allegations in paragraph 82 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health denies all allegations in paragraph 82. Main Line Health specifically denies disclosing its Website Users' HIPAA identifiers.

83. The allegations in paragraph 83 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health states that the regulations cited in paragraph 83 speak for themselves, and Main Line Health otherwise denies all allegations in paragraph 83. Main Line Health specifically denies that it violated HIPAA or that the cited regulations are applicable to the claims in this case.

84. The allegations in paragraph 84 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health denies all allegations in paragraph 84.

85. The allegations in paragraph 85 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health states that the regulation cited in paragraph 85 speaks for itself, and Main Line Health otherwise denies all allegations in paragraph 85. Main Line Health specifically denies that it violated HIPAA or that the cited regulation is applicable to the claims in this case.

86. Paragraph 86 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 86 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 86.

87. Paragraph 87 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 87 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 87.

88. Paragraph 88 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 88 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 88.

89. Paragraph 89 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 89 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 89.

90. Paragraph 90 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 90 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 90.

91. The allegations in paragraph 91 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health denies all allegations in paragraph 91. By way of further response, Main Line Health specifically denies violating HIPAA or any industry-wide privacy standard.

**Allegations That "Patients Reasonably Expect Their Health Data to Be Kept Private"**

92. Main Line Health objects to Plaintiff's characterization of its privacy policies which speak for themselves and as such no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 92. Main Line Health specifically denies violating any duty of confidentiality.

93. The allegations in paragraph 93 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health denies all allegations in paragraph 93. Main Line Health specifically denies sharing Private Information with third parties without patient consent.

94. Paragraph 94 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 94 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 94.

95. Paragraph 95 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 95 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 95.

96. Paragraph 96 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 96 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 96.

97. The allegations of paragraph 97 constitute legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies all allegations in paragraph 97. Main Line Health specifically denies violating any user's reasonable expectation of privacy.

**Allegations that "Defendant Violated The HIPAA Privacy Rule"**

98. The allegations in paragraph 98 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health denies all allegations in paragraph 98. Main Line Health specifically denies that it violated HIPAA.

99. The allegations in paragraph 99 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health denies all allegations in paragraph 99. Main Line Health specifically denies that it violated federal law.

100. The allegations in paragraph 100 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health denies all allegations in paragraph 100. Main Line Health specifically denies that it violated HIPAA.

101. The allegations in paragraph 101 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health states that the privacy rule cited in paragraph 101 speaks for itself, and Main Line Health otherwise denies all allegations in paragraph 101. Main Line Health specifically denies that it violated the HIPAA privacy rule or that the HIPAA privacy rule is applicable to the claims in this case.

102. The allegations in paragraph 102 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health states that the privacy rule cited in paragraph 102 speaks for itself, and Main Line Health otherwise denies all allegations in paragraph 102. Main Line Health specifically denies that it violated the HIPAA privacy rule or that the HIPAA privacy rule is applicable to the claims in this case.

103. The allegations in paragraph 103 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health states that the de-identification rule cited in paragraph 103 speaks for itself, and Main Line Health otherwise denies all allegations in paragraph 103. Main Line Health specifically denies that it violated the HIPAA de-identification rule or that the HIPAA de-identification rule is applicable to the claims in this case.

104. The allegations in paragraph 104 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health states that the privacy rule cited in paragraph 104 speaks for itself, and Main Line Health otherwise denies all allegations in paragraph 104. Main Line Health specifically denies that it violated the HIPAA privacy rule or that the HIPAA privacy rule is applicable to the claims in this case.

105. The allegations in paragraph 105 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health denies all allegations in paragraph 105. Main Line Health specifically denies that it violated HIPAA.

106. The allegations in paragraph 106 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health states that the guidance cited in paragraph 106 speaks for itself, and Main Line Health otherwise denies all allegations in paragraph 106.

107. The allegations in paragraph 107 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health states that the guidance cited in paragraph 107 speaks for itself, and Main Line Health otherwise denies all allegations in paragraph 107.

108. The allegations in paragraph 108 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health states that the HHS Privacy Rule and its own Privacy Policies speak for themselves, and Main Line Health otherwise denies all allegations in paragraph 108. Main Line Health specifically denies providing patient information to third parties in violation of the HHS Privacy Rule and its own Privacy Policies.

109. The allegations in paragraph 109 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health states that the statute cited in paragraph 109 speaks for itself, and Main Line Health otherwise denies all allegations in paragraph 109.

110. The allegations in paragraph 110 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health states that the statute cited in paragraph 110 speaks for itself, and Main Line Health otherwise denies all allegations in paragraph 110.

111. The allegations in paragraph 111 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health states that the regulation cited in paragraph 111 speaks for itself, and Main Line Health otherwise denies all allegations in paragraph 111. Main Line Health specifically denies that it violated HIPAA.

112. The allegations in paragraph 112 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health states that the regulations cited in paragraph 112 speak for themselves, and Main Line Health otherwise denies all allegations in paragraph 112. Main Line Health specifically denies that it violated HIPAA.

113. The allegations in paragraph 113 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health states that the regulations cited in paragraph 113 speak for themselves, and Main Line Health otherwise denies all allegations in paragraph 113. Main Line Health specifically denies violating any HIPAA safeguard regulations.

114. The allegations in paragraph 114 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health denies all allegations in paragraph 114.

115. The allegations in paragraph 115 regarding "Private Information" are legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 115.

116. Main Line Health denies all allegations in paragraph 116.

117. The allegations in paragraph 117 of the Complaint constitute legal conclusions to which a response is not required. To the extent a response is required, Main Line Health denies all allegations in paragraph 117.

**Allegations that "Defendant Ignored DOH Guidance" Regarding "Tracking Technologies"**

118. Main Line Health denies all allegations in Paragraph 118.

119. The allegations in paragraph 119 of the Complaint constitute legal conclusions to which a response is not required. Main Line Health states that the guidance Plaintiff cites has been declared unlawful and vacated by *Am. Hosp. Ass'n v. Becerra*, No. 4:23-cv-1110, 2024 WL 3075865 (N.D. Tex. Jun. 20, 2024). Paragraph 119 does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health denies that it has violated HIPAA in its operation of the web properties.

120. The allegations in paragraph 120 of the Complaint constitute legal conclusions to which a response is not required. Main Line Health states that the guidance Plaintiff cites has been declared unlawful and vacated by *Am. Hosp. Ass'n v. Becerra*, No. 4:23-cv-1110, 2024 WL 3075865 (N.D. Tex. Jun. 20, 2024). Paragraph 120 does not include any allegations about Main

Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health denies that it has violated HIPAA in its operation of the web properties.

121. The allegations in paragraph 121 of the Complaint constitute legal conclusions to which a response is not required. Main Line Health states that the guidance Plaintiff cites has been declared unlawful and vacated by *Am. Hosp. Ass'n v. Becerra*, No. 4:23-cv-1110, 2024 WL 3075865 (N.D. Tex. Jun. 20, 2024). Paragraph 121 does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health denies that it has violated HIPAA in its operation of the web properties.

122. The allegations in paragraph 122 of the Complaint constitute legal conclusions to which a response is not required. Main Line Health states that the guidance Plaintiff cites has been declared unlawful and vacated by *Am. Hosp. Ass'n v. Becerra*, No. 4:23-cv-1110, 2024 WL 3075865 (N.D. Tex. Jun. 20, 2024). Paragraph 122 does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health denies that it has violated HIPAA in its operation of the web properties.

123. Main Line Health denies all allegations in paragraph 123.

124. The allegations in paragraph 124 of the Complaint constitute legal conclusions to which a response is not required. Main Line Health states that the guidance Plaintiff cites has been declared unlawful and vacated by *Am. Hosp. Ass'n v. Becerra*, No. 4:23-cv-1110, 2024 WL 3075865 (N.D. Tex. Jun. 20, 2024). Paragraph 124 does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health denies that it has violated HIPAA in its operation of the web properties.

125. The allegations in paragraph 125 of the Complaint constitute legal conclusions to which a response is not required. Main Line Health states that the guidance Plaintiff cites has been

declared unlawful and vacated by *Am. Hosp. Ass'n v. Becerra*, No. 4:23-cv-1110, 2024 WL 3075865 (N.D. Tex. Jun. 20, 2024). Paragraph 125 does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health denies that it has violated HIPAA in its operation of the web properties.

126. The allegations in paragraph 126 of the Complaint constitute legal conclusions to which a response is not required. Main Line Health states that the guidance Plaintiff cites has been declared unlawful and vacated by *Am. Hosp. Ass'n v. Becerra*, No. 4:23-cv-1110, 2024 WL 3075865 (N.D. Tex. Jun. 20, 2024). Paragraph 126 does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health denies that it has violated HIPAA in its operation of the web properties.

127. Paragraph 127 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, the allegations in paragraph 127 purport to characterize a writing, which speaks for itself. Any characterization of that writing contrary to its express terms is denied.

128. Paragraph 128 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 128 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 128.

129. Paragraph 129 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of

the allegations contained in paragraph 129 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 129.

130. Paragraph 130 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 130 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 130.

131. Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegation that "several medical providers that used Meta Pixels in a similar way provided affirmative, accurate notice to their patients, explaining that their Private Information was being transmitted to third parties," and therefore denies that allegation. Main Line Health denies the remaining allegations in paragraph 131.

132. The allegations of this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies all allegations in Paragraph 132.

**Allegations that "Defendant Violated Its Own Privacy Policy"**

133. Main Line Health objects to Plaintiff's characterization of its Privacy Policy which speaks for itself and as such no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 133.

134. Main Line Health objects to Plaintiff's characterization of its Privacy Policy which speaks for itself and as such no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 134.

135. Main Line Health objects to Plaintiff's characterization of its Patient Rights and Responsibilities Policies, which speak for themselves and as such no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 135.

136. Main Line Health objects to Plaintiff's characterization of its Web Privacy Statement, which speaks for itself and as such no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 136.

137. The allegations of this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies all allegations in paragraph 137.

**Allegations that "Defendant Violated Healthcare Industry Standards"**

138. The allegations in paragraph 138 of the Complaint are not directed to Main Line Health and constitute legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies all allegations in Paragraph 138. Main Line Health specifically denies that it violated any duty of confidentiality.

139. The allegations in paragraph 139 of the Complaint are not directed to Main Line Health and constitute legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies all allegations in Paragraph 139. Main Line Health specifically denies that it failed to protect the privacy of patient data and communications.

140. The allegations in paragraph 140 of the Complaint are not directed to Main Line Health and constitute legal conclusions to which no response is required. To the extent a response is required, Main Line Health states that the Opinion cited in paragraph 140 speaks for itself, and Main Line Health otherwise denies all allegations in paragraph 140. Main Line Health specifically denies that it violated the AMA Code of Ethics.

141. The allegations in paragraph 141 of the Complaint are not directed to Main Line Health and constitute legal conclusions to which no response is required. To the extent a response is required, Main Line Health states that the Opinion cited in paragraph 141 speaks for itself, and Main Line Health otherwise denies all allegations in paragraph 141. Main Line Health specifically denies that it violated the AMA Code of Ethics.

142. The allegations in paragraph 142 of the Complaint are not directed to Main Line Health and constitute legal conclusions to which no response is required. To the extent a response is required, Main Line Health states that the Opinion cited in paragraph 142 speaks for itself, and Main Line Health otherwise denies all allegations in paragraph 142. Main Line Health specifically denies that it violated the AMA Code of Ethics.

143. The allegations in paragraph 143 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies all allegations in paragraph 143.

**Allegations That "Patients' Private Information Has Substantial Financial Value"**

144. The allegations in paragraph 144 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies all allegations in paragraph 144.

145. Paragraph 145 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 145 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 145.

146. Main Line Health denies providing Meta with "unearned advertising sales revenue" or "Facebook users … health information." The remaining allegations of this paragraph are not about Main Line Health and, therefore, no response is required. To the extent a response is required to such allegations, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained in paragraph 146 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the remaining allegations in paragraph 146.

147. Paragraph 147 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 147 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 147.

148. Paragraph 148 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 148 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 148.

149. Paragraph 149 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 149 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 149.

150. The allegations in paragraph 150 of the Complaint are not directed to Main Line Health and constitute legal conclusions to which no response is required. To the extent a response is required, Main Line Health states that the decisions cited in paragraph 150 speak for themselves, and Main Line Health otherwise denies all allegations in paragraph 150.

151. Paragraph 151 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 151 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 151.

152. Paragraph 152 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 152 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 152.

153. Paragraph 153 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 153 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 153.

154. Paragraph 154 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of

the allegations contained in paragraph 154 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 154.

155. Paragraph 155 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 155 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 155.

156. Paragraph 156 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 156 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 156.

157. Paragraph 157 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 157 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 157.

158. Paragraph 158 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 158 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 158.

159. Paragraph 159 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 159 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 159.

160. Paragraph 160 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 160 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 160.

161. Paragraph 161 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. Main Line Health further objects to Plaintiff's characterization of a writing, which speaks for itself and as such no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 161 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 161.

162. Paragraph 162 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. Main Line Health further objects to Plaintiff's characterization of a writing, which speaks for itself and as such no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 162 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 162.

163. Paragraph 163 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 163 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 163.

164. Paragraph 164 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. Main Line Health further objects to Plaintiff's characterization of a writing, which speaks for itself and as such no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 164 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 164.

165. Paragraph 165 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 165 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 165.

166. Paragraph 166 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 166 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 166.

167. Main Line Health denies all allegations in paragraph 167.

168. Main Line Health denies all allegations in paragraph 168.

169. Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 169 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 169.

**Allegations That "Defendant Benefitted From Its Use of Meta Pixels"**

170. Main Line Health denies all allegations of paragraph 170.

171. Main Line Health denies all allegations of paragraph 171.

172. The allegations of this paragraph regarding "individually-identifiable Private Information" are legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies all allegations of paragraph 172.

173. Main Line Health denies all allegations of paragraph 173.

174. Paragraph 174 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 174 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 174.

175. Main Line Health objects to Plaintiff's characterization of a writing, which speaks for itself and as such no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 175.

176. Paragraph 176 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 176 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 176.

177. The first sentence of paragraph 177 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. The allegations in the second sentence of paragraph 177 of the Complaint pertain to a hypothetical user accessing the website, therefore, there are no factual allegations for Main Line Health to admit or deny. To the extent a response is required, Main Line Health denies the allegations in paragraph 177 of the Complaint.

178. Paragraph 178 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 178 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 178.

179. Paragraph 179 of the Complaint does not include any allegations about Main Line Health and, therefore, no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 179 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 179.

180. This allegations of this paragraph regarding "Private Information" are legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies all allegations in paragraph 180.

## NAMED PLAINTIFF'S EXPERIENCE

181. This allegations of this paragraph regarding "Private Information" are legal conclusions to which no response is required. To the extent a response is required, Main Line

Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 181 and therefore denies the same.

182. Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 182 and therefore denies the same.

183. Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 183 and therefore denies the same.

184. This allegations of this paragraph regarding "interception," "disclosures," and "communications" are legal conclusions to which no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in the first sentence in paragraph 184 and therefore denies the same. Main Line Health denies the remaining allegations in paragraph 184.

185. This allegations of this paragraph regarding "communications" and "Private Information" are legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 185.

186. This allegations of this paragraph regarding "interception" and "communications" are legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies all allegations in paragraph 186.

187. This allegations of this paragraph regarding "communications" and "Private Information" are legal conclusions to which no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 187 and therefore denies the same.

188. This allegations of this paragraph regarding "Private Information" are legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies all allegations in paragraph 188.

189. This allegations of this paragraph regarding "Private Information" are legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies all allegations in paragraph 189.

190. This allegations of this paragraph regarding "Private Information" are legal conclusions to which no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 190 and therefore denies the same.

191. This allegations of this paragraph regarding "communications" and "interception" are legal conclusions to which no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 191 and therefore denies the same.

192. The allegations in paragraph 192 of the Complaint are not directed to Main Line Health and constitute legal conclusions to which no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 192 as they do not pertain to Main Line Health. Therefore, Main Line Health denies the allegations in paragraph 192.

193. This allegations of this paragraph regarding "Private Information" are legal conclusions to which no response is required. To the extent a response is required, Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 193 and therefore denies the same.

**AFFIRMATIVE TOLLING**

194. The allegations of this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 194.

**CLASS ACTION ALLEGATIONS**

195. Main Line Health admits only that Plaintiff purports to bring this action on behalf of himself and others similarly situated. Main Line Health denies that this case can be maintained as a class action and denies that Plaintiff or any putative class member is entitled to any relief.

196. Main Line Health admits only that Plaintiff purports to bring this action on behalf of himself and the class described in paragraph 196 of the Complaint. Main Line Health denies that this case can be maintained as a class action and denies that Plaintiff or any putative class member is entitled to any relief.

197. The allegations in paragraph 197 are legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies that class certification is appropriate for this case. Main Line Health otherwise denies each and every allegation in paragraph 197.

198. The allegations in paragraph 198 are legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies that class certification is appropriate for this case. Main Line Health otherwise denies each and every allegation in paragraph 198.

199. The allegations in paragraph 199 are legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies that class certification is

appropriate for this case. Main Line Health otherwise denies each and every allegation in paragraph 199.

200. The allegations in paragraph 200 are legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies that class certification is appropriate for this case. Main Line Health otherwise denies each and every allegation in paragraph 200.

201. The allegations in paragraph 201 are legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies that class certification is appropriate for this case. Main Line Health otherwise denies each and every allegation in paragraph 201.

202. The allegations in paragraph 202 are legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies that class certification is appropriate for this case. Main Line Health otherwise denies each and every allegation in paragraph 202.

203. The allegations in paragraph 203 are legal conclusions to which no response is required. To the extent a response is required, Main Line Health admits that is principal place of business is Pennsylvania.

204. The allegations of paragraph 204 are denied.

205. The allegations in paragraph 205 are legal conclusions to which no response is required. To the extent a response is required, Main Line Health admits that it is a company headquartered, and doing business in, Pennsylvania. The remaining allegations in paragraph 205 are denied.

206. The allegations in paragraph 206 are legal conclusions to which no response is required. To the extent a response is required, Main Line Health admits that it is a company headquartered, and doing business in, Pennsylvania. The remaining allegations in paragraph 206 are denied.

**COUNT I**
**Violation of the Electronic Communications Privacy Act,**
**18 U.S.C. § 2510, *et seq.***

207. Main Line Health reinstates and incorporates its responses to paragraph 1 through 206 of the Complaint as if fully stated herein.

208. The allegations in paragraph 208 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 208.

209. The allegations in paragraph 209 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 209.

210. The allegations in paragraph 210 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 210.

211. The allegations in paragraph 211 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 211.

212. The allegations in paragraph 212 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 212.

213. The allegations in paragraph 213 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 213.

214. The allegations in paragraph 214 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 214.

215. The allegations in paragraph 215 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 215.

216. The allegations in paragraph 216 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 216.

217. The allegations in paragraph 217 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 217.

218. The allegations in paragraph 218 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 218.

219. The allegations in paragraph 219 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 219.

220. The allegations in paragraph 220 of the Complaint constitute legal conclusions to which no response is required. To the extent a response is required, Main Line lacks sufficient information or belief to determine the truth or falsity of Plaintiff's allegation that "Meta did not obtain legal authorization to obtain Plaintiff's and Class members' communications with Main Line Health" and therefore denies the same. Main Line Health otherwise denies all allegations in paragraph 220.

221. The allegations in paragraph 221 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 221.

222. The allegations in paragraph 222 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 222.

223. The allegations in paragraph 223 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 223.

224. The allegations in paragraph 224 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 224.

225. The allegations in paragraph 225 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 225.

226. The allegations in paragraph 226 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 226.

227. The allegations in paragraph 227 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 227.

228. The allegations in paragraph 228 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 228.

229. The allegations in paragraph 229 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 229.

230. The allegations in paragraph 230 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 230.

231. The allegations in paragraph 231 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 231.

232. The allegations in paragraph 232 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 232.

233. The allegations in paragraph 233 of the Complaint constitute legal conclusions to which no response is required. Main Line Health otherwise denies all allegations in paragraph 233.

**COUNT II**
**Negligence**

234. Main Line Health reinstates and incorporates its responses to paragraph 1 through 233 of the Complaint as if fully stated herein.

235. Main Line Health is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 235 and therefore denies the same.

236. Main Line Health states that the allegations in paragraph 236 are legal conclusions to which no response is required. Main Line Health objects to Plaintiff's characterization of its webpage which speaks for itself, and as such no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 236.

237. Main Line Health states that the allegations in paragraph 237 are legal conclusions to which no response is required. Main Line Health objects to Plaintiff's characterization of its privacy policies which speak for themselves and as such no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 237.

238. Main Line Health states that the allegations in paragraph 238 are legal conclusions to which no response is required. Main Line Health objects to Plaintiff's characterization of its privacy policies which speak for themselves and as such no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 238.

239. Main Line Health states that the allegations in paragraph 239 are legal conclusions to which no response is required. Main Line Health objects to Plaintiff's characterization of its Notice of Patient Rights and Responsibilities, which speaks for itself, and as such no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 239.

240. Main Line Health states that the allegations in paragraph 240 are legal conclusions to which no response is required. Main Line Health objects to Plaintiff's characterization of its

Web Privacy Statement which speaks for itself and as such no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 240.

241. Main Line Health states that the allegations in paragraph 241 are legal conclusions to which no response is required. Main Line Health objects to Plaintiff's characterization of the multiple statutes and C.F.R. cited which speak for themselves and as such no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 241.

242. Main Line Health states that the allegations in paragraph 242 are legal conclusions to which no response is required. Main Line Health objects to Plaintiff's characterization of the statute cited which speaks for itself and as such no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 242.

243. Main Line Health states that the allegations in paragraph 243 are legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 243.

244. Main Line Health states that the allegations in paragraph 244 are legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 244.

245. Main Line Health states that the allegations in paragraph 245 are legal conclusions to which no response is required. To the extent a response is required, Main Line Health denies the allegations in paragraph 245.

**COUNT III**
**Invasion of Privacy – Intrusion Upon Seclusion--Dismissed**

246. Main Line Health reinstates and incorporates its responses to paragraph 1 through 245 of the Complaint as if fully stated herein.

247. Main Line Health states that no response is needed to this Count, and the allegations included in paragraphs 247 through 267, because this Count has been dismissed by the Court.

## PRAYER FOR RELIEF

Main Line Health denies that Plaintiff and the putative class are entitled to any of the relief they seek in (a) through (j) of their Prayer for Relief, and denies the allegations contained in the Prayer for Relief in the Complaint.

## DEMAND FOR JURY TRIAL

Main Line Health demands proof that Plaintiff and the putative class are entitled to trial by jury on each of the claims in this complaint as a matter of right.

## GENERAL DENIAL

Main Line Health denies each and every allegation in the Second Amended Complaint that is not specifically admitted herein.

## DEFENSES

Without conceding that it bears the burden of proof as to any issue, Main Line Health asserts the following defenses to the Complaint:

1. Plaintiff's Complaint fails to state any claim upon which relief can be granted, including, but in no way limited to, the following: Main Line Health did not release any "medical records" as addressed in 28 Pa. Code § 115.27; Main Line Health did not share or disclose any individually identifiable health information as defined by HIPAA with Meta; Main Line Health was a party to any and all alleged communications under the ECPA; the ECPA is a single-party consent statute and any alleged communications to third parties were consented to by Main Line Health; the ECPA's criminal or tortious conduct exception does not apply; Main Line Health did not exceed its authority to access Plaintiff's computer and Main Line Health's website did not

obtain information from other parts of Plaintiff's computer; Main Line Health did not intercept the contents of any electronic communication when Plaintiff used Main Line Health's website and/or patient portal; Main Line Health did not act negligently as defined under Pennsylvania law; and Plaintiff's lack damages sufficient to state a claim for negligence under Pennsylvania law.

2. Plaintiff lacks standing because he is unable to prove any injury in fact fairly traceable to Main Line Health's alleged misconduct and therefore the Court lacks subject-matter jurisdiction over the Complaint.

3. Plaintiff's claims and those of the putative class are barred by the First and Fourteenth Amendments of the United States Constitution as Main Line Health's alleged conduct amounts to protected speech.

4. Plaintiff's claims and those of the putative class are preempted by federal law, to the extent they relate to the Main Line Health MyChart portal accessible at www.mainlinehealth.org, as the federal government made it a federal governmental mission to allow individuals to access their health records over the Internet, and holding Main Line Health liable under Pennsylvania state law for alleged third-party disclosures made when a patient accesses their healthcare records online would conflict with this federal mission.

5. To the extent that Plaintiff and the putative class's claims rely, in whole or in part, on the Department of Health and Human Services' tracking technologies guidance issued in December 2022, that guidance has been declared unlawful and vacated by *Am. Hosp. Ass'n v. Becerra*, No. 4:23-cv-1110, 2024 WL 3075865 (N.D. Tex. Jun. 20, 2024).

6. Plaintiff's claims and those of the putative class are or may be barred, in whole or in part, by one or more statutes of limitations under applicable law.

7. Plaintiff's claims and those of the putative class are or may be barred by the doctrines of waiver and/or release as the terms and conditions that Plaintiff and the putative class assented to bars their claims, including with respect to the Main Line Health public website and patient portal.

8. Plaintiff's claims and those of the putative class are barred by consent, public disclosure, and/or voluntary participation in public activities. By using Main Line Health's website, Plaintiff and the putative class members gave consent that all information and materials communicated to Main Line Health through its public website, including data, questions, comments, and suggestions, may be treated as non-confidential and could be used by Main Line Health for any purpose, including marketing.

9. Plaintiff's claims and those of the putative class are barred by estoppel as Plaintiff and the putative class have been on notice of the terms and conditions of Main Line Health's website and consented to these terms and conditions.

10. Plaintiff's claims and those of the putative class are barred under the doctrines of laches and/or acquiescence as Plaintiff and the putative class have been on notice of the terms and conditions of Main Line Health's website and consented to these terms and conditions.

11. Plaintiff's and the putative class members' claims are also barred, in whole or in part, by the existence of a contract governing the parties' relationship and the same subject matter as Plaintiff's and the putative class members' claims. By way of example, and without limitation as to other instances of contracts and/or agreements, Plaintiff and the putative class members consented to the terms and conditions of Main Line Health's website. Plaintiff's and the putative class members' claims are also barred, in whole or in part, by the limitation-of-liability provision contained within agreements entered into with Main Line Health.

12. Plaintiff's claims and those of the putative class are barred, in whole or in part, because Main Line Health, at all times, acted in good faith and in compliance with applicable statutes and/or regulations.

13. Plaintiff's claims and those of the putative class are barred, in whole or in part, by Main Line Health's objectively reasonable belief that any use of the Pixel on publicly accessible portions of the website www.mainlinehealth.org, was consented to and/or did not transmit individually identifiable health information.

14. The alleged actions or omissions of Main Line Health were not the legal or proximate cause of any alleged injuries to Plaintiff and the putative class because Plaintiff and the putative class have not been injured as a matter of law. Even if Plaintiff was injured as a matter of law, Main Line Health was not the legal or proximate cause of any alleged injuries to Plaintiff as there were superseding causes and/or actions conducted by Plaintiff, the putative class, or third parties that were the legal or proximate cause of Plaintiff's alleged injuries.

15. Plaintiff's claims and those of the putative class are barred, in whole or in part, because they have failed to join the necessary and indispensable parties to this action.

16. This case is improper for resolution on a class-wide basis because the putative class does not meet the requirements of Federal Rule of Civil Procedure 23. Specifically, Plaintiff is not an adequate representative of any purported class; his claim is not typical; common questions of law or fact affecting the individual members of the class do not predominate; a class action is neither manageable nor superior; and/or there is no ascertainable class with a community of interest.

17. Plaintiff's and the putative class's theory of relief for their claims is unconstitutionally overbroad because their theory of relief infringes upon Main Line Health's protected speech and would result in an untenable interpretation of their claims.

18. Plaintiff and the putative class's causes of action are barred, in whole or in part, because there is no basis for injunctive relief in this action.

19. The damages suffered by Plaintiff and the putative class, if any, were the result of superseding and/or intervening causes, which actions bar, preclude, and/or diminish Plaintiff's and the putative class members' recovery against Main Line Health.

20. Plaintiff's claims and those of the putative class are barred or must be reduced by their failure to mitigate damages as Plaintiff and the putative class continued to use the website with knowledge of, or when they should have had knowledge of, the widespread use of common third-party website analytics tools.

21. The damages suffered by Plaintiff and the putative class, if any, are limited to the amount they paid to access Main Line Health's public website as Plaintiff's damages, if any, stem from their use of Main Line Health's public website.

22. The imposition of aggregated, class-wide damages in this case would be excessive and violate Main Line Health's due process and other Constitutional Rights.

23. Plaintiff's claims and those of the putative class are barred, in whole or in part, because their alleged damages were caused by Plaintiff's or the putative class's own actions or by a third party.

24. Plaintiff's claims and those of the putative class are barred, in whole or in part, by their assumption of the risk because Plaintiff and the putative class agreed to Main Line Health's terms and conditions when using Main Line Health's website.

25. Plaintiff's claims and those of the putative class must be reduced, in whole or in part, by an appropriate set-off to the extent that Plaintiff or the putative class members owe any amounts to Main Line Health.

26. Plaintiff and the putative class have suffered no actual injury or legally cognizable damages, and their purported damages, if any, are speculative and/or uncertain and, therefore, not compensable.

**Reservation of Rights**

27. Main Line Health states that the lack of discovery and the aggregated nature of Plaintiff's claim, in particular with respect to absent putative class members, makes an analysis of all potential affirmative defenses that might be applicable to any given absent class member infeasible at this time, and therefore expressly reserves the right to assert additional defenses as the case progresses.

Dated: May 5, 2026

Respectfully submitted,

**BAKER & HOSTETLER LLP**

*/s/ Elizabeth A. Scully*
Elizabeth A. Scully (admitted PHV)
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
Tel: (202) 861-1500
Fax: (202) 861-1783
Email: escully@bakerlaw.com

Edward J. McAndrew
PA Bar No. 77103
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103
emcandrew@bakerlaw.com
T: (215) 564-8386
F: (215) 568-3435

*Attorneys for Defendant Main Line Health*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May 2026, I electronically filed the foregoing with the Court using the CM/EFC system, which will automatically serve all attorneys of record via the Court's CM/ECF System.

*s/ Elizabeth A. Scully*

Elizabeth A. Scully (admitted PHV)
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
Tel: (202) 861-1500
Fax: (202) 861-1783
Email: escully@bakerlaw.com